

**IT IS SO ORDERED.
Signed December 08, 2010**

**Arthur S. Weissbrodt
U.S. Bankruptcy Judge**

AUSTIN P. NAGEL, ESQ.
California State Bar #118247
GRACE E. FELDMAN, ESQ.
California State Bar #261936
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, CA 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
FORD MOTOR CREDIT COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

STEVE VILLARREAL,

    Debtor.
_____/

Case No. 10-54075 asw
(Chapter 7 Proceeding)

ORDER APPROVING
REAFFIRMATION AGREEMENT

    This matter having come on regularly for hearing in the above-entitled court on November 29, 2010, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the previously-filed Reaffirmation Agreement entered into by and between Debtor, STEVE VILLARREAL and Secured Creditor, FORD MOTOR CREDIT COMPANY be and hereby is approved and made an Order of this Court.

**END OF ORDER**

FBKE.1865

COURT SERVICE LIST

| | |
|---|---|
| Steve Villarreal<br>1728 Lavonne Avenue<br>San Jose, CA 95116 | John W. Richardson<br>5161 Soquel Dr. #F<br>Soquel, CA 95073 |
| Deok Kim<br>257 N 1st St. #1<br>San Jose, CA 95113 | U.S. Trustee San Jose<br>280 S 1st St. #268<br>San Jose, CA 95113 |