DONNA ECHIVERRI-BECKHAM, Esq. (157088)
6836 Mission Street
Daly City, CA 94014-2033
(650) 756-7777

Counsel for Debtors
ROCHELLE EBALO RIVERA

United States Bankruptcy Court

Northern District of California

| | | |
|---|---|---|
| ROCHELLE EBALO RIVERA, | ) | Case No.: 10-32195 |
| Debtor ) | | Hearing Date: October 29, 2010 |
| | ) | Hearing Time: 9:30 a.m. |
| _____ ) | | Hearing Site: 235 Pine Street, 19th Floor San Francisco, CA 94104 |

    PLEASE TAKE NOTICE that the debtor has filed a Motion to Sell Property and Motion to Sell free and Clear, located at 616 Fathom Drive, San Mateo, California. The granting of this motion will allow debtor to sell free and clear the aforementioned property. Parties in interest are urged to review the Motion to Sell filed herewith.

    PLEASE TAKE NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 9014-1 OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ANY OBJECTION TO THE RELIEF REQUESTED HEREUNDER, OR ANY REQUEST FOR A HEARING HEREON, MUST BE FILED AND SERVED ON DEBTOR AND HER ATTORNEYS OF RECORD HEREIN WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.

    PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 9014-1 (B) (3) (iv) (a) OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, IF A TIMELY OBJECTION HERETO OR A TIMELY REQUEST FOR A HEARING HEREON IS MADE, IT SHALL BE THE RESPONSIBILITY OF DEBTOR AND/OR HER ATTORNEY OF RECORD HEREIN TO GIVE AT LEAST TEN (21) DAYS' WRITTEN NOTICE TO THE OBJECTING OR REQUESTING PARTY AND ANY TRUSTEE OR COMMITTEE APPOINTED HEREUNDER.

    PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL

Notice of Opportunity for Hearing on Motion to Sell.
CASE NO 10-32195.
Page 1

Case: 10-32195    Doc# 42    Filed: 09/29/10    Entered: 09/29/10 07:41:14    Page 1 of 2

RULE 9014-1 OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THAT ANY OBJECTION HERETO OR REQUEST FOR A HEARING HEREON MUST BE ACCOMPANIED BY ANY DECLARATION OR MEMORANDA OF LAW THE OBJECTION OR REQUESTING PARTY WISHES TO PRESENT IN SUPPORT OF ITS POSITION.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 9014-1 (B) (3) (iii) OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THAT IF NO TIMELY OBJECTION HERETO IS RAISED OR IF NO TIMELY REQUEST FOR A HEARING HEREON IS MADE, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT HEREUNDER BY DEFAULT.

September 22, 2010  /s/ Donna Echiverri-Beckham
DONNA ECHIVERRI BECKHAM
Attorney for Debtor

Notice of Opportunity for Hearing on Motion to Sell.
CASE NO 10-32195.
Page 2

Case: 10-32195   Doc# 42   Filed: 09/29/10   Entered: 09/29/10 07:41:14   Page 2 of 2