In re **Rochelle Ebalo Rivera**     Case No. **10-32195**
Debtor(s)     Chapter **7**

# MOTION FOR VOLUNTARY DISMISSAL OF BANKRUPTCY PETITION

The above-named Debtor(s) requests that this court enter an Order dismissing this case.

WHEREFORE, Debtor(s) prays for an Order Dismissing this bankruptcy petition.

Date **October 25, 2010**     Signature **/s/ Rochelle Ebalo Rivera**
**Rochelle Ebalo Rivera**
Debtor

Attorney **/s/ Donna Echiverri-Beckham**
**Donna Echiverri-Beckham**