Official Form 20A
(12/03)

# United States Bankruptcy Court
## Northern District of California

In re  **Rochelle Ebalo Rivera**  Case No. **10-32195**
Chapter **7**

Debtor
Address **616 Fathom Drive**
**Pacifica, CA 94044**

Employer's Tax Identification (EIN) No(s).
Last four digits of Social Security No(s).   **xxx-xx-8937**

### MOTION TO WITHDRAW DEBTOR'S MOTION FOR AUTHORITY
### TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE FREE AND CLEAR OF
### LIENS AND OTHER INTERESTS

Debtor hereby withdraws Motion for Authority to Sell Property of the Estate by Private Sale Free and CLear of Liens and Other Interests, which was filed on September 22, 2010 and set for hearing October 29, 2010.

Date **October 27, 2010**

Signature **/s/ Donna Echiverri-Beckham**
Name **Donna Echiverri-Beckham 157088**
Address **Law Office of Donna Echiverri-Beckham**
**6836 Mission Street**
**Daly City, CA 94014**